Isaac ALTMAN (Mortgagee Creditor) Appellant, v. Abraham I. MENIN, Trustee in Bankruptcy, Appellee.

No. 338.

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

Emanuel Thebner, of New York City, for appellant.

Asa S. Herzog, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order, 57 F.Supp. 279, affirmed.

Ralph Calvin BOWMAN, Appellant, v. UNITED STATES of America, Appellee.

No. 5262.

Circuit Court of Appeals, Fourth Circuit.

Oct. 5, 1944.

Julien Cornell, of New York City (Byron Haworth, of High Point, N. C., on the brief), for appellant.

Frank S. Tavenner, Jr., U. S. Atty., of Woodstock, Va. (Tom C. Clark, Asst. Atty. Gen., N. T. Elliff, Sp. Asst. to Atty. Gen., and Howard C. Gilmer, Jr., Asst. U. S. Atty., of Pulaski, Va., on the brief), for appellee.

Before SOPER, DOBIE, and NORTHCOTT, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed on the authority of Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346.

Affirmed.

Ozro MANESS, Appellant, v. G. L. TARLTON CONTRACTOR, Inc., et al.

No. 12874.

Circuit Court of Appeals, Eighth Circuit.

Sept. 2, 1944.

Justin Ruark, of Neosho, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard H. Musser, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 45 F.Supp. 994, dismissed with prejudice to appellant, at costs of appellee, on joint motion of parties.

Lewis SANDERS, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 11089.

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Lewis Sanders, in pro. per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.